BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5288
  Fax: (916) 324-5205
Attorneys for Defendants Barnes, Felker, Hackworth,
Lawrence, Shelton and Wagner
SA2006300875

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCHEA JACKSON,** | 2:06-cv-00645 MCE PAN |
| Plaintiff, | **ORDER** |
| **v.** | |
| **SERGEANT LAWRENCE, et al.,** | |
| Defendants. | |

The Court, having considered defendants' request for a stay of discovery pending

issuance of a scheduling and discovery order, and good cause having been found,

**IT IS HEREBY ORDERED** that defendant's motion for stay of discovery is granted

and discovery shall not commence until a scheduling order, if any, is issued in this case.

DATED: July 18, 2006.

UNITED STATES MAGISTRATE JUDGE

14jack0645.ext

1