IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCHEA JACKSON, | No. 2:06-cv-0645-MCE-PAN-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| SERGEANT LAWRENCE, et al., | |
| Defendants. | |
| _____/ | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On July 27, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

    On this date, the court adopted in full the findings and recommendations. On further review, it appears that this matter should be remanded to the Lassen County Superior Court and not to the Sacramento County Superior Court.

1

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. This court's September 8, 2006 order remanding this matter to the Sacramento County Superior Court is vacated;

2. The findings and recommendations filed July 27, 2006 are adopted;

3. Plaintiff's May 5, 2006 motion to remand is granted; and

4. This action is remanded to the Lassen County Superior Court.

DATED: September 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE